# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 |
| | ) | |
| Timothy Oliver, | ) | CASE NO. 13-62832-JEM |
| Teresa Oliver, | ) | |
| | ) | |
| DEBTORS. | ) | |
| | ) | |
| Timothy Oliver, | ) | |
| Teresa Carol Oliver, | ) | |
| | ) | |
| MOVANTS, | ) | **CONTESTED MATTER** |
| | ) | |
| v. | ) | |
| | ) | |
| Galardi Rentals, LLC, | ) | |
| Belnick Inc. d/b/a Flash Furniture, | ) | |
| | ) | |
| RESPONDENTS. | ) | |

## MOTION TO AVOID JUDICIAL LIEN

COME NOW DEBTORS, Timothy Oliver And Teresa Carol Oliver, by counsel, and file this "Motion to Avoid Judicial Lien" and show the Court as follows:

**1.**

Debtors filed a Petition constituting an Order for Relief herein under 11 U.S.C. Chapter 7 on June 11, 2013.

**2.**

Galardi Rentals, LLC, obtained on November 30, 2012 a judgment in the State Court of Henry County, having civil case number 12-SV-55553, in the amount of $12,500.00. Respondent Belnick, Inc. d/b/a Flash Furniture obtained a judgment in the State Court of Henry County on April 18, 2013, having civil case number 2012-ST-SV-1077-JTC, in the amount of $14,315.20; such lien is recorded in the Superior Court of Henry County Book 1058 Page 188.

**3.**

Pursuant to 11 U.S.C. § 522 and O.C.G.A. § 44-13-100, Debtors properly claimed as exempt on Schedule C, a copy of which is attached herein, and any subsequent amendments, the following property:

- Checking Account with Georgia United Federal Credit Union- Disclosed and fully exempted in the amount of $800.00
- Savings Account with Georgia United Federal Credit Union- Disclosed and fully exempted in the amount of $5.00
- Household Goods and Furnishings- Disclosed and fully exempted in the amount of $3,200.00
- Clothing and Shoes- Disclosed and fully exempted in the amount of $1,000.00
- Wedding Bands, Watches, and Costume Jewelry- Disclosed and fully exempted in the amount of $1,000.00
- Treadmill- Disclosed and fully exempted in the amount of $100.00
- 403(b) Retirement Account- Disclosed and fully exempted in the amount of $30,000.00
- IRA with VanGuard- Disclosed and fully exempted in the amount of $600.00

**4.**

The value of each claimed exemption in the above property as shown on Schedule C, when coupled with any purchase money liens, is equal to or greater than the market value of the Debtors' property, as accurately reflected on Schedules A and B, leaving no unexempt equity in any property. Therefore, the Respondents' liens are avoidable in its entirety, and Debtors request an order from this Court so stating.

WHEREFORE, Debtors pray:

(a) That this "Motion to Avoid Judicial Lien" be scheduled for a hearing and inquiry therein be made;
(b) That the Court declare null and of no effect Respondents' liens on all real and personal property of the Debtors;
(c) That the Debtors be allowed to have possession of and clear title to all real and personal property; and,
(d) That the Debtors have such other and further relief as to the Court may seem just and proper.

Dated: September 19, 2013						Respectfully submitted,
									Khoshnood Law Firm, PC

Khoshnood Law Firm, PC				By:	/s/_____
501 Pulliam St., SW						Hooman Khoshnood
Suite 130								GA Bar No. 416968
Atlanta, GA 30312						Attorney for the Debtors
h@khoshnoodlaw.com
klfnotices@yahoo.com
(678) 507-1590
(404) 941-1420 Fax

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 |
| | ) | |
| Timothy Oliver, | ) | CASE NO. 13-62832-JEM |
| Teresa Oliver, | ) | |
| | ) | |
| DEBTORS. | ) | |
| | ) | |
| Timothy Oliver, | ) | |
| Teresa Carol Oliver, | ) | |
| | ) | |
| MOVANTS, | ) | ***CONTESTED MATTER*** |
| | ) | |
| v. | ) | |
| | ) | |
| Galardi Rentals, LLC, | ) | |
| Belnick Inc. d/b/a Flash Furniture, | ) | |
| | ) | |
| RESPONDENTS. | ) | |

**NOTICE OF REQUIREMENT OF RESPONSE TO MOTION TO AVOID JUDICIAL LIEN ON EXEMPT PROPERTY AND OF TIME TO FILE SAME**

NOTICE IS HEREBY GIVEN that a "Motion to Avoid Judicial Lien" on exempt property pursuant to 11 U.S.C. Section 522 has been filed in the above-styled case on September 19, 2013.

NOTICE IS FURTHER GIVEN that, pursuant to BLR 6008-2 NDGA, the Respondents must file a response to the Motion within 21 days after service, exclusive of the day of service, and serve a copy of same on Movants. In the event no response is timely filed and served, the Bankruptcy Court may enter an order granting the relief sought.

Dated: September 19, 2013               Respectfully submitted,
                                        Khoshnood Law Firm, P.C.

                                    By: /s/_____
                                        Hooman Khoshnood
                                        GA Bar No. 416968

                                             Attorney for the Debtors

Khoshnood Law Firm, PC  
501 Pulliam St., SW  
Suite 130  
Atlanta, GA 30312  
klfnotices@yahoo.com  
h@khoshnoodlaw.com  
(678) 507-1590  
(404) 941-1420 Fax

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 |
| | ) | |
| Timothy Oliver, | ) | CASE NO. 13-62832-JEM |
| Teresa Oliver, | ) | |
| | ) | |
| DEBTORS. | ) | |
| | ) | |
| Timothy Oliver, | ) | |
| Teresa Carol Oliver, | ) | |
| | ) | |
| MOVANTS, | ) | ***CONTESTED MATTER*** |
| | ) | |
| v. | ) | |
| | ) | |
| Galardi Rentals, LLC, | ) | |
| Belnick Inc. d/b/a Flash Furniture, | ) | |
| | ) | |
| RESPONDENTS. | ) | |

## CERTIFICATE OF SERVICE

I, the undersigned, certify under penalty of perjury that I have served the following parties with a copy of the within "Notice of Requirement of Response to Motion to Avoid Judicial Lien on Exempt Property and of Time to File Same" and "Motion to Avoid Judicial Lien" by placing true copies of same in the United States Mail with adequate postage affixed to ensure delivery, addressed to the below list. Any domestic or foreign corporations and FDIC insured depository institutions have been served by Certified Mail in accordance with Fed. R. Bankr. P. 7004(b)(3) and 7004(h) respectively.

Galardi Rentals, LLC  
Attn: Jack Galardi, CEO  
1730 NE Expressway Ste200  
Atlanta, GA 30329

Belnick Inc.  
Attn Registered Agent,  
Patti Greco  
4350 Ball Ground Hwy  
Canton, GA 30114

Ross Gelfand, LLC
d/b/a Belnick Inc.
P.O. Box 1870
Roswell, GA 30077

Office of the United States Trustee
Room 362
75 Spring Street
Atlanta, GA 30303

Dale R. F. Goodman - Ch 7 Trustee
Goodman & Goodman, P.C.
1303 Hightower Trail
Suite 200
Atlanta, GA 30350-2919

Timothy Oliver And Teresa Carol Oliver
541 Anglewood Trail
Stockbridge, GA 30281


Dated: September 19, 2013

Khoshnood Law Firm, PC
501 Pulliam St., SW
Suite 130
Atlanta, GA 30312
klfnotices@yahoo.com
h@khoshnoodlaw.com
(678) 507-1590
(404) 941-1420 Fax

/s/_____
Hooman Khoshnood
GA Bar No. 416968
Attorney for the Debtors