UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE: | CASE NO. 13-62832 |
| TIMOTHY OLIVER | |
| TERESA CAROL OLIVER, | CHAPTER 7 |
| Debtors, | JUDGE MASSEY |
| TIMOTHY OLIVER | |
| TERESA CAROL OLIVER, | |
| Movants, | |
| v. | |
| GALARDI RENTALS, LLC, | |
| BELNICK, INC. d/b/a FLASH FURNITURE, | |
| Respondents. | |

## ORDER AVOIDING JUDICIAL LIENS

Pursuant to 11 U.S.C. §522(f) and Fed. R. Bankr. P. Rule 4003(d), the Debtor(s) move for an order avoiding judicial liens held by the Respondents against property of the Debtor claimed as exempt. Counsel for the Debtor or Debtor has certified that the motions and the notices of the motions required by Bankruptcy Local Rule 6008 were served on the Respondents in accordance with Fed. R. Bankr. P. 9014. Respondents have not filed a response or otherwise indicated any opposition to the motions, which are deemed to be unopposed under BLR 6008-2. Accordingly, it is

**ORDERED** that the Debtor's motions are GRANTED. The judicial liens held by Respondents on property claimed as exempt by the Debtor are avoided, subject to 11 U.S.C. §§ 349 and 522 (c) in the event of a dismissal.

The Clerk's Office is hereby **directed** to serve a copy of this Order on the Debtor, attorney for the Debtor, attorney for the Respondents and the Trustee.

Dated: October 21, 2013

*James E. Massey*
JAMES E. MASSEY
UNITED STATES BANKRUPTCY JUDGE

Distribution List

Galardi Rentals, LLC
Attn: Jack Galardi, CEO
1730 NE Expressway Ste200
Atlanta, GA 30329

Belnick Inc.
c/o Patti Greco, Reg. Agent
4350 Ball Ground Hwy
Canton, GA 30114

Ross Gelfand, LLC
d/b/a Belnick Inc.
P.O. Box 1870
Roswell, GA 30077

Dale R. F. Goodman
c/o Chapter 7 Trustee
Goodman & Goodman, P.C.
1303 Hightower Trail, Suite 200
Atlanta, GA 30350-2919

Timothy Oliver And Teresa Carol Oliver
541 Anglewood Trail
Stockbridge, GA 30281

Hooman Knoshnood
Attorney for Debtor
501 Pulliam St., SW
Suite 130
Atlanta, GA 30312